**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEVONTE L. LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 4:19-cv-1786-RLW |
| v. | ) | |
| | ) | Hon. Judge Ronnie L. White |
| KIRKSTALL ROAD ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT KIRKSTALL ROAD ENTERPRISES, INCORPORATED'S MOTION TO DISMISS**

Defendant Kirkstall Road Enterprises, Inc. ("Kirkstall") moves pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6) for dismissal of this action and state the following in support thereof.

1. This action should be dismissed under FED. R. CIV. P. 12(b)(1) because this Court lacks subject matter jurisdiction for each of the following reasons:

(a) Plaintiff lacks standing to pursue any claim against Kirkstall as he has not alleged any facts to demonstrate that Kirkstall violated any legally cognizable right of Plaintiff or suffered any injury in fact traceable to and caused by any misconduct by Kirkstall; and

(b) Plaintiff has not established the amount in controversy necessary to invoke this Court's jurisdiction under 28 U.S.C. § 1332(a).

2. This action should be dismissed under FED. R. CIV. P. 12(b)(6), because Plaintiff has failed to state a claim under which relief may be granted in that Plaintiff has alleged no facts stating a legally cognizable cause of action entitling him to either declaratory or injunctive relief.

3. In support of this Motion, in accordance with E.D.Mo. L.R. 7-4.01(A), Kirkstall submits and simultaneously files its Memorandum of Law in Support including relevant arguments and citations to authorities on which it relies.

WHEREFORE, for the reasons set forth herein and in the accompanying Memorandum of Law, this Court should dismiss Plaintiff's Complaint.

Respectfully submitted,

**LEWIS RICE LLC**

**DATED:** August 14, 2019

By: */s/ Joseph E. Martineau*

Joseph E. Martineau, #32397MO
Jerina D. Phillips, #65103MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Tel: (314) 444-7729;
Fax: (314) 612-7729
jmartineau@lewisrice.com
jphillips@lewisrice.com

*Attorney for Defendant*
*Kirkstall Road Enterprises, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that notice of this filing will be sent to counsel of record for the parties by operation of the Court's electronic filing system to:

Andrew S. Williams, #41947
Simmons Hanly Conroy
One Court Street,
Alton, Illinois 62002
*awilliams@simmonsfirm.com*

*Attorney for Plaintiff*

By: */s/ Joseph E. Martineau*